FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-20-00546-CV

Richard Louis **FLEMING**, III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0167
Honorable Bill Squires, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

On March 10, 2021, this court issued an opinion dismissing this appeal for want of prosecution. On March 15, 2021, appellant filed a "Request for Findings of Fact and Conclusions of Law." Appellant also complains this court is using the "misnomer" of Richard Louis FLEMING, III instead of his proper name Richard Louis Fleming, III.

As explained in our March 10, 2021 opinion, appellant's appeal was dismissed because he failed to file his appellant's brief or otherwise respond to this court's order of February 8, 2021 ordering him to file his brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(c). No further findings or conclusions are necessary; therefore, appellant's request for findings of fact and conclusions of law is DENIED.

The capitalization of appellant's last name in the style of the opinion or any order of this court is a matter of style and is not a "misnomer." Appellant is properly identified in this court's records as Richard Louis Fleming, III.

FILE COPY

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court